### 1031.   SINGLETON *v.* MERCHANTS & MINERS TRANSPORTATION

### COMPANY.

POWELL, J.   The action is by a ship-hand against the owners, for injuries received while loading freight.   The evidence tends to indicate either that the injury was occasioned by the negligence of fellow servants—as to this defendant a non-actionable transaction, or through haste in the manner in which the loading was being done under the orders of a foreman,—a thing for which the defendant primarily would be liable.   Nevertheless the situation was manifestly patent, and the servant, by voluntarily continuing to work under the circumstances, in legal contemplation evinced a willingness to assume risk of injury.   The grant of a nonsuit was, therefore, not erroneous.        *Judgment affirmed.*

Action for damages, from city court of Savannah—Judge Freeman.   January 9, 1908.

Argued April 21,—Decided June 18, 1908.

Rehearing denied July 8, 1908.

*Shelby Myrick,* for plaintiff.
*O'Connor, O'Byrne & Hartridge,* for defendant.